Fred L. Steers, for appellant. Winters, Price & Stevens, for appellee; George M. Stevens and Julian Clay Risk, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Simon Holmes, appellee, v. Charles E. Frazier et al., Civil Service Commissioners et al., appellants.· Gen. No. 28,233.**

Order quashing record of the proceedings of the Chicago Civil Service Commission as shown by its writ of *certiorari* sued out by appellee, who was ordered removed from position as sergeant of police. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 31, 1923. Rehearing denied June 11, 1923.

Samuel A. Ettelson, Corporation Counsel, for appellants; Gilbert G. Ogden, Assistant Corporation Counsel, of counsel. Michael F. Ryan, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Harry Davis, appellee, v. Aetna Life Insurance Company et al., on appeal of T. J. Houston, appellant. Gen. No. 28,337.**

Injunction to restrain State Superintendent of Insurance from threatening revocation of complainant's license. LeRoy Burton v. Aetna Life Insurance Co., 229 Ill. App. 517. Dissolution of temporary injunction denied. Interlocutory appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Reversed. Opinion filed May 31, 1923. Rehearing denied June 11, 1923.

Edward J. Brundage, Attorney General, and Robert N. Holt, Special Assistant Attorney General, for appellant. Myer H. Gladstone, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Jacob C. Punch and Samuel C. Punch, trading as Punch & Company, appellees, v. Aetna Life Insurance Company et al., on appeal of T. J. Houston, appellant. Gen. No. 28,338.**

Injunction to restrain State Superintendent of Insurance from threatening revocation of complainant's license. Motion for dissolution of temporary injunction denied. See Burton v. Aetna Life Ins. Co., 229 Ill. App. 517. Interlocutory appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Reversed. Opinion filed May 31, 1923. Rehearing denied June 11, 1923.

Edward J. Brundage, Attorney General, and Robert N. Holt, Special Assistant Attorney General, for appellant. Myer H. Gladstone, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**McNeil & Higgins Company, appellee, v. Corbin Flour Company, appellant. Gen. No. 28,166.**

Action for breach of warranty of quality in sale of barrels of flour.